ROGER R. MELIUS, SR., et al., Respondents, v GENERAL MOTORS CORPORATION et al., Defendants. (Action No. 1.) ROGER R. MELIUS, SR., et al., Respondents, v CANADIAN FRAM LIMITED, Also Known as or Formerly Known as BENDIX ELECTRONICS LIMITED and/or BENDIX ENGINE COMPONENTS LIMITED, et al., Defendants. (Action No. 2.) [869 NYS2d 831]

Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.